ACCEPTED
03-15-00252-CV
6510212
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/14/2015 4:16:29 PM
JEFFREY D. KYLE
CLERK

**No. 03-15-00252-CV**

# In the Court of Appeals for the Third Judicial District of Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/14/2015 4:16:29 PM
JEFFREY D. KYLE
Clerk

DR. BEHZAD NAZARI, D.D.S. D/B/A ANTOINE DENTAL
CENTER ET. AL., DEFENDANTS–APPELLANTS,

*v.*

STATE OF TEXAS, PLAINTIFF–APPELLEE,

*v.*

XEROX CORPORATION AND XEROX STATE HEALTHCARE, LLC, F/K/A ACS
STATE HEALTHCARE, LLC, THIRD-PARTY DEFENDANTS–APPELLEES.

On Appeal from the 53rd Judicial District Court,
Travis County, Texas, No. D-1-GB-13-005380

## UNOPPOSED MOTION TO FILE CORRECTED BRIEF

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

RAYMOND C. WINTER
Chief, Civil Medicaid Fraud

REYNOLDS B. BRISSENDEN
Assistant Attorney General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

SCOTT A. KELLER
Solicitor General

J. CAMPBELL BARKER
Deputy Solicitor General
State Bar No. 24049125
cam.barker@texasattorneygeneral.gov

PHILIP A. LIONBERGER
Assistant Solicitor General
State Bar No. 12394380

AUTUMN HAMIT PATTERSON
Assistant Attorney General
State Bar No. 24092947

Counsel for the State of Texas

## Unopposed Motion for Leave to File Corrected Brief

Appellee the State of Texas respectfully moves for leave to file a corrected response brief.

1.  This is an appeal in a civil case. Appellants filed their opening brief on June 19, 2015. Appellee the State of Texas filed its response brief on August 10, 2015.

2.  It has come to the State's attention that its response brief contains certain typographical and citation-form errors. To better serve the Court by providing a more readable and accurate brief, the State respectfully seeks leave to file the attached corrected brief in substitution of its original brief.

3.  All parties have been consulted about this motion, and all are unopposed to the requested relief.

## Conclusion

Appellee the State of Texas respectfully requests leave to file, in substitution of its original brief, the attached corrected brief.

Respectfully submitted.

| | |
|---|---|
| KEN PAXTON<br>Attorney General of Texas | SCOTT A. KELLER<br>Solicitor General |
| CHARLES E. ROY<br>First Assistant Attorney General | /s/ J. Campbell Barker<br>J. CAMPBELL BARKER<br>Deputy Solicitor General<br>State Bar No. 24049125 |
| RAYMOND C. WINTER<br>Chief, Civil Medicaid Fraud | cam.barker@texasattorneygeneral.gov |
| REYNOLDS B. BRISSENDEN<br>Assistant Attorney General | PHILIP A. LIONBERGER<br>Assistant Solicitor General<br>State Bar No. 12394380 |

AUTUMN HAMIT PATTERSON
Assistant Attorney General
State Bar No. 24092947

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

Counsel for the State of Texas

## CERTIFICATE OF CONFERENCE

In compliance with Texas Rule of Appellate Procedure 10.1(a)(5), movant conferred with counsel for all parties, and none oppose this motion.

/s/ J. Campbell Barker
J. CAMPBELL BARKER

## CERTIFICATE OF SERVICE

I certify the service of this document on August 14, 2015 by electronic case filing or e-mail upon the following:

**Counsel for Defendants–Appellants:**

Jason Ray
Riggs & Ray, P.C.
506 W. 14th Street, Suite A
Austin, Texas 78701

E. Hart Green
Mitchell A. Toups
Weller, Green, Toups & Terrell, L.L.P.
P.O. Box 350
Beaumont, Texas 77704-0350

**Counsel for Third-Party Defendants–Appellees:**

Constance H. Pfeiffer
Beck Redden LLP
1221 McKinney St., Suite 4500
Houston, Texas 77010

Robert C. Walters
Gibson, Dunn & Crutcher LLP
2100 McKinney Ave., Suite 1100
Dallas, Texas 75201

Eric J.R. Nichols
Christopher R. Cowan
Beck Redden LLP
515 Congress Ave., Suite 1750
Austin, Texas 78701

/s/ J. Campbell Barker
J. CAMPBELL BARKER